Cite as 2025 Ark. 170

# SUPREME COURT OF ARKANSAS

IN RE ARKANSAS ACCESS TO
JUSTICE COMMISSION

**Opinion Delivered:** October 30, 2025

**PER CURIAM**

Honorable Carlton D. Jones, Circuit Judge, of Texarkana is reappointed to the Arkansas Access to Justice Commission for a term expiring on October 15, 2028. We thank Judge Jones for accepting reappointment to this important commission.

Honorable Adam Weeks, Circuit Judge, of Walnut Ridge is reappointed to the Arkansas Access to Justice Commission for a term ending October 15, 2028. The court thanks Judge Weeks for his willingness to continue serving on this important commission.